JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD E. CANNADY,<br><br>        Petitioner,<br><br>    vs.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>        Respondent. | Case No. SACV 10-1219-SVW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 9, 2013

                                      STEVEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE